# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JORGE RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:11-0632 |
| v. ) | Judge Trauger |
| ) | |
| THE AUTOMOBILE INSURANCE COMPANY ) | |
| OF HARTFORD, CONNECTICUT, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The initial case management conference was held in this case on October 12, 2011. It is hereby **ORDERED** that the parties shall file a joint mediation report by October 31, 2011, informing the court of the date on which they have scheduled a mediation and the name of the mediator. It is further **ORDERED** that, if this case does not settle, the defendant shall file its Answer by December 1, 2011.

If Judge Nixon transfers the two related cases to Judge Trauger, subsequent orders will be entered.

It is so **ORDERED**.

ENTER this 12th day of October 2011.

_____
ALETA A. TRAUGER
U.S. District Judge